IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15 CV 850 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| WILLIAM F. WADSWORTH, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | **REPORT & RECOMMENDATION** |

This case has been referred to me for mediation.[1]  I set the case for mediation on June

10, 2016.[2]

In the course of exchanges before mediation required by my mediation order, the

parties and counsel made significant progress toward settlement and now have developed a

plan for achieving a final and global settlement.  Accordingly, they moved to continue the

mediation for 30 days.[3]

Because the extension requested would exceed the time for mediation designated by

Judge Gaughan's order (June 30, 2016),  I converted the mediation to a telephone status

conference.[4]  From discussions with counsel at the conference, I am satisfied that the parties

---

[1] ECF #15.

[2] ECF #16.

[3] ECF # 21.

[4] ECF #22.

have agreed on a plan to finalize a settlement that will include all claims and parties. Counsel advised me that they should have proposed entries to implement the settlement to Judge Gaughan on or before July 7, 2016, the date set for a telephonic status conference.[5]

Accordingly I recommend that the mediation referral be terminated or stayed pending the telephone status conference set for July 7, 2016.


Dated: June 10, 2016                                    s/ William H. Baughman, Jr.
                                                        United States Magistrate Judge


## Objections

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[6]

---

[5] ECF #15.

[6] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).